UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-14329-CIV-MOORE

R & Q REINSURANCE CO.,

    Plaintiff,

v.

RAPID SETTLEMENTS, LTD., and
GWENDOLYN SANDS BROWN a/k/a
GWENDOLYN SANDS,

    Defendants.
_____/

## ORDER STRIKING DOCKET ENTRY 58

THIS CAUSE came before the Court upon Docket Entry 58, filed by Defendant as a Motion for Leave to Attend Mediation Telephonically (DE # 58).

UPON CONSIDERATION of the motion, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that Docket Entry 58, filed by Defendant as a Motion for Leave to Attend Mediation Telephonically (DE # 58) is STRUCK, as the document actually filed with the Court is Defendant Rapid Settlements, Ltd.'s Response to Plaintiff's Motion for Leave to Attend Mediation Telephonically, which has already been ruled on by this Court.

DONE AND ORDERED in Chambers at Miami, Florida, this 4th day of June, 2007.

                                      K. MICHAEL MOORE
                                      UNITED STATES DISTRICT JUDGE

cc:    All counsel of record